**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**          **CASE #: 10-20413**
        **PLAINTIFF,**
**VS.**                                **HON. LAWRENCE ZATKOFF**

**ALI S. MAKKI, M.D.**
        **DEFENDANT.**

---

**ORDER GRANTING MOTION TO PERMIT TRAVEL OUTSIDE OF THE UNITED STATES
AND PERMISSION TO APPLY FOR U.S. PASSPORT**

Ali Makki having filed a motion by counsel requesting this Court's Order permitting travel outside of the United States and permission to apply for a replacement United States passport for use in that travel, and the United States having filed no opposition,

IT IS HEREBY ORDERED that Mr. Makki shall be permitted to travel from the United States to the country of Lebanon and to return on dates to be determined. Such travel shall be for a time period of approximately 30 days. Mr. Makki shall provide his supervising U.S. Probation Officer with his itinerary in advance of any travel, to include place of residence while in Lebanon and any cell phone telephone number for Mr. Makki.

IT IS FURTHER ORDERED that Mr. Makki shall be permitted to apply to the United States government for the issuance of a United States passport for use in connection with his proposed travel. Upon Mr. Makki's return from his travels, he shall promptly deposit his passport with his probation officer.

IT IS SO ORDERED.

                                              S/Lawrence P. Zatkoff
                                              United States District Judge

Dated: October 24, 2012